IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-03126-CV-S-MDH |
| | ) | |
| NABIL GUIRGUIS, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On October 27, 2022, the Government moved for a stay of proceedings in this matter until the Eighth Circuit rendered an opinion in *United States v. Ryan*. (Doc. 19.) On October 31, 2022, the undersigned entered an Order staying all proceedings, pending resolution of *United States v. Ryan* and further notice of the court. (Doc. 20.) The Eighth Circuit has rendered an opinion and judgment, and on December 19, 2022, the formal mandate was issued. See *United States v. Ryan*, 52 F.4th 719 (8th Cir. 2022).

Accordingly, the stay of proceedings in this matter is lifted. Furthermore, in light of the Eighth Circuit's opinion in *United States v. Ryan*, defense counsel is directed to review the pending Motion to Dismiss (doc. 13), determine whether Defendant wishes to proceed with the motion or withdraw the motion, and so advise the Court in writing on or before January 3. 2023.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: December 20, 2022